IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| DAMARIUS THOMPSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 322-045 |
| | ) | |
| WARDEN JERMAINE WHITE; TELFAIR STATE PRISON; DEPUTY WARDEN OF SECURITY VERONICA STEWART; UNIT MANAGER KAREN THOMAS; DEPUTY WARDEN TONJA KIETH; COUNSELOR PATRICIA WILCOX; OFFICER BONITA JONES; DR. DAVID CHANEY; UNIT MANAGER MISTY WINTERS; NURSE PRACTITIONER BEVERLY MURRAY; DEPUTY WARDEN JACOB BEASLEY; KITCHEN SERVICES DIRECTOR BRENDA SMITH; RN ELIZIBETH RYKARD; and GEORGIA DEPARTMENT OF CORRECTIONS, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendant. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DISMISSES** Defendants White, Winters, Telfair State Prison, Beasley, Thomas, Kieth, Chaney, Murray, Wilcox, Smith, Rykard, Jones, and Georgia Department of Corrections from this case for failure to state a claim upon which relief can be granted. The Court further

**DENIES** Plaintiff's motions for Preliminary Injunction, (doc. nos. 4-1, 8-1), and Temporary Restraining Order, (doc. nos. 4-2, 8-2). The case shall proceed against Defendant Stewart as described in the Magistrate Judge's October 31, 2022 Order. (Doc. no. 24.)

SO ORDERED this 22nd day of November 2022, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE