IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| DAMARIUS THOMPSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 322-045 |
| | ) | |
| VERONICA STEWART, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **GRANTS** Defendant's motion to dismiss Plaintiff's excessive use of force claim, (doc. no. 30.) This case shall continue against Defendant Stewart as to the individual capacity due process claim. The Court **DIRECTS** Defendant to file her answer to the due process claim within seven days of the date of this Order and the stay of discovery entered in this case on January 25, 2023, (doc. no. 33), shall be lifted.

SO ORDERED this 17th day of February, 2023, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE