IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
24 FEB -5 PM 3:02
CLERK_____
SO. DIST. OF GA.

| | |
|---|---|
| DAMARIUS THOMPSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 322-045 |
| ) | |
| VERONICA STEWART, ) | |
| ) | |
| Defendant. ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **GRANTS** Defendant's motion for summary judgment, (doc. no. 42), **DIRECTS** the Clerk to enter a final judgment in favor of Defendant, and **CLOSES** this civil action.

SO ORDERED this 5th day of February, 2024, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE