AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

DAMARIUS THOMPSON,

Plaintiff,

JUDGMENT IN A CIVIL CASE

**v.**

CASE NUMBER: CV322-45

VERONICA STEWART,

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, pursuant to the Order dated February 5, 2024,  Defendant Veronica Stewart's Motion for summary judgment is granted, therefore, judgment is hereby entered in favor or Defendant Veronica Stewart and against Plaintiff Damarius Thompson.  This case stands closed.

2/5/24
*Date*

John E. Triplett, Clerk of Court
*Clerk*

*(By) Deputy Clerk*

GAS Rev 10/2020